**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| Vs. | : | C.A. # 1:00-cr-00083-T-3 |
| | : | |
| Artin Coloian, | : | |
| Defendant | : | |
| | : | |

## MOTION TO EXPUNGE

Now comes the Defendant, Artin Coloian, by and through his attorney and hereby moves that this Honorable Court expunge his record in the above case.

In support of said Motion, Defendant hereby attaches a Memorandum of Law.

WHEREFORE, Artin Coloian prays that this Honorable Court will grant his motion and expunge his record with all due dispatch.

Respectfully submitted,
Artin Coloian
By His Attorney,

Steven D. DiLibero #4678
130 Dorrance Street
Providence, RI 02903
(401) 621-9700

## NOTICE

Please take notice that the within Motion shall be called for hearing on the ______ day of ________________, 2005, at 9:30 a.m., or as soon thereafter as counsel may be heard.

______________________________

**CERTIFICATION**

I hereby certify that on this 8th day of December 2005, I caused to be served a copy of the within motion to expunge and supporting memorandum, via first class mail, postage prepaid, to the following:

Robert Clark Corrente, Esq.
United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Richard Rose, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| United States of America<br><br>Vs.<br><br>Artin Coloian,<br>Defendant | : | C.A. # 1:00-cr-00083-T-3 |

**ARTIN COLOIAN'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO EXPUNGE**

***Facts***

On June 27, 2002, a jury found Mr. Coloian not guilty in the above case, and this Honorable Court entered this judgment of 'not guilty' on July 1, 2002. Today, Mr. Coloian asks this Honorable Court to expunge his record.

This Honorable Court has the power to grant Mr. Coloian's request. Although not routinely granted, courts have held that in special cases warranting equitable relief, a motion to expunge can, and should, be granted. Courts have focused on the undeserved and undesirable consequences of police and court procedures as a reason to give relief to a defendant. ***United States v. Smith,*** *745 F.Supp. 1553;* ***Natwig v. Webster,*** *562 F.Supp. 225.*

***Argument***

Mr. Coloian still lives with the pronounced stigma of his case despite exoneration. His former positions in local government and the public eye magnify the effects of his case so much so that they can only be characterized as unusual and extreme. His record

impedes his ability to practice law and conduct business to an untenable degree that can only be properly rectified by the expungement of his record.

WHEREFORE, Artin Coloian. prays that this Honorable Court will expunge his record.

Respectfully submitted,
Artin Coloian
By His Attorney,

Steven D. DiLibero #4678
130 Dorrance Street
Providence, RI 02903
(401) 621-9700

**CERTIFICATION**

I hereby certify that on this 8th day of December 2005, I caused to be served a copy of the within motion to seal and supporting memorandum, via first class mail, postage prepaid, to the following:

Robert Clark Corrente, Esq.
United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Richard Rose, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903