UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                         C.R. No. 00-83-03T

ARTIN COLOIAN

**ORDER DENYING DEFENDANT'S MOTIONS TO SEAL AND EXPUNGE RECORD**

For reasons stated in open court on February 10, 2006, Defendant's Motions to Seal and Expunge the Record are hereby DENIED.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 2/14/06