UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.R. No. 00-83-03T

ARTIN COLOIAN

**ORDER DENYING DEFENDANT'S MOTIONS TO SEAL AND EXPUNGE RECORD**

For reasons stated in open court on February 10, 2006, Defendant's Motions to Seal and Expunge the Record are hereby DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/14/06