**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| United States of America<br><br>Vs.<br><br>Artin Coloian,<br>Defendant | : | C.A. # 1:00-cr-00083-T-3 |

**DEFENDANT ARTIN COLOIAN'S**
**NOTICE OF APPEAL**

Notice is hereby given that Artin Coloian in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from an order denying Defendant's motion to expunge and motion to seal, entered in this action on February 10, 2006.

Respectfully submitted,
Artin Coloian
By His Attorney,

Steven D. DiLibero #4678
Dilibero & Coloian
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
Fax (401)331-9593

# CERTIFICATION

I hereby certify that on this 15 day of February 2006, I caused to be served a copy of the within motion to seal and supporting memorandum, via first class mail, postage prepaid, to the following:

Robert Clark Corrente, Esq.
United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Richard Rose, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Terrence D. Donnelly, Esq.
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903