UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 23, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

**RE:** ***CR00-83-03T USA v. Artin Coloian***

Dear Clerk:

Enclosed you will find the Notice of Interlocutory Appeal, related documents and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Letter; Document # 722: Notice of Interlocutory Appeal ; Document # 708: Motion to Expunge; Document # 709: Motion to Seal; Document # 712: Government's Consolidated Response to Coloian's Motions to Expunge and Seal; Document # 718: Defendant's Reply to Government's Memo in Support of its Consolidated Response; Document # 720: Order Denying Defendant's Motions to Seal and Expunge Record; Certified Copy of Docket.

06-1357 3/3 UP 723