UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 22, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ARTIN COLOIAN***
***USDC CR00-83T*** ***COA 06-1357***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ____________________
Lucia Cristina Leyva
DEPUTY CLERK

encl. Payment Receipt - Appeal fee of $455.00 Paid
Receipt #63548

Certified Copy of Docket