MANDATE

00-00083
USDC RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

---

No. 06-1357

UNITED STATES OF AMERICA,

Appellee,

v.

ARTIN H. COLOIAN,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 20, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order is vacated, and the matter is remanded to the district court for dismissal for want of jurisdiction.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

M. Russell

**Deputy Clerk**

**Date:** 4/11/07

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Rose, Mr. Lockhart, Mr. Donnelly, Mr. DiLibero, Ms. Ciresi, & Mr. Smith. ]